Eduardo Eladio GARCIA–SARQUIZ, Plaintiff-Appellant,

v.

Edward H. LEVI, Attorney General of the United States of America, Defendant-Appellee.

No. 74–4184.

United States Court of Appeals, Fifth Circuit.

March 3, 1976.

Brian R. Hersh, Miami, Fla., for plaintiff-appellant.

Robert W. Rust, U. S. Atty., C. Wesley G. Currier, Asst. U. S. Atty., Miami, Fla., John L. Murphy, Rex L. Young, Chief Gov. Regional Section, Washington, D. C., for defendant-appellee.

Before GEWIN and AINSWORTH, Circuit Judges, and MARKEY *, Chief Judge.

PER CURIAM:

The judgment in this case is affirmed on the basis of the opinion of the District Court, 407 F.Supp. 789.

Affirmed.

Ada A. BREEDLOVE, Plaintiff-Appellant,

v.

HOUSING AUTHORITY OF the CITY OF SWAINSBORO, GEORGIA, James H. Morgan, Chairman, et al., etc., Defendants-Appellees.

No. 74–3376.

United States Court of Appeals, Fifth Circuit.

March 4, 1976.

Fletcher Farrington, Savannah, Ga., for plaintiff-appellant.

Julian H. Toporek, Savannah, Ga., Sidney B. Shepherd, Swainsboro, Ga., for defendants-appellees.

Before WISDOM, COLEMAN and GEE, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed.

The district court found "as a matter of fact that Mrs. Breedlove being female did not determine and control the action taken by the Commission. . . ." Upon consideration of this finding and the full record, we hold that sex was not a factor in the Commission's employment decision. Any prima facie case of sexual discrimination was adequately rebutted. *McDonnell-Douglas Corp. v. Green*, 1973, 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668.

Affirmed.

* Of the U.S. Court of Customs and Patent Appeals, sitting by designation.